

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**Laura C. Williams**
*Assistant Corporation Counsel*
Phone: (212) 356-2435
lawillia@law.nyc.gov

October 28, 2025

**Via ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Extension request GRANTED. The City's response to the Complaint is due by December 29, 2025.

Dated: October 29, 2025
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re: Jackson v. City of New York
Civil Action No: 1:25-cv-06466-JLR

Dear Judge Rochon:

    I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for defendant City of New York ("City") in the above-referenced matter. In accord with Rule 1.F. of the Court's Individual Practices, the City respectfully requests an extension of time, from October 28, 2025 to December 29, 2025, to respond to the Complaint. This is City's first request for an extension of time to respond to the Complaint, and Plaintiff consents to this request.

    This extension of time is requested to allow the City sufficient time to investigate the numerous allegations in the Complaint and prepare an appropriate response. Accordingly, the City respectfully requests that its time to respond to the Complaint be extended from October 28, 2025 to December 29, 2025.

    I thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/
Laura C. Williams
Assistant Corporation Counsel

cc: Silicia Jackson (via ECF, Email, and First Class Mail)