

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT

<table>
<tr><td>**MURIEL GOODE-TRUFANT**<br>*Corporation Counsel*</td><td>100 CHURCH STREET<br>NEW YORK, NY 10007</td><td>**Laura C. Williams**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2435<br>lawillia@law.nyc.gov</td></tr>
</table>

January 23, 2026

**<u>Via ECF</u>**

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

> Re:   <u>Jackson v. City of New York</u>
> Civil Action No: 1:25-cv-06466-JLR

Dear Judge Rochon:

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for the City of New York ("City") in the above-referenced matter. In accord with Rule 1.C. of the Court's Individual Rules and Practices in Civil Pro Se Cases, the City respectfully requests an extension of time, from January 26, 2026 to February 16, 2026, to respond to the Amended Complaint. This is City's first request for an extension of time to respond to the Amended Complaint, and Plaintiff consents to this request.

This extension of time is requested to allow the City sufficient time to investigate the additional allegations in the Amended Complaint, filed November 25, 2025 and prepare an appropriate response. Accordingly, the City respectfully requests that its time to respond to the Amended Complaint be extended from January 26, 2026 to February 16, 2026.

I thank the Court for its time and attention to this matter.

Respectfully submitted,

<span style="color:blue">Request GRANTED. The City shall respond to the Amended Complaint by February 16, 2026.</span>

_____/s/_____

Laura C. Williams
Assistant Corporation Counsel

<span style="color:blue">Dated: January 27, 2026
New York, New York</span>

**SO ORDERED.**

*Jennifer Rochon*
_____
**JENNIFER L. ROCHON**
**United States District Judge**

cc:  Silicia Jackson (via ECF)