UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SILICIA JACKSON.,

Plaintiff,

-against-

CITY OF NEW YORK.,

Defendant.

25 CIVIL 06466 (JLR)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated September 24, 2026, the City's motion to dismiss is GRANTED. Plaintiff's federal claims in her Amended Complaint (Counts I-VI and Count X) are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over Counts VII-IX, and they are dismissed without prejudice to filing in state court; accordingly, the case is closed.

**Dated:** New York, New York
September 25, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**